# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ) | |
| ) | |
| Larry P. Newberry ) | Case No. 18-10899-TPA |
| Cathleen A. Newberry, ) | Chapter 13 |
|     Debtor(s) ) | |
| ) | |
| ) | |

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

    *Specify reason for amendment*. Debtors are amending their Schedule C to claim exemptions that were inadvertently not claimed on the initial filing.

    \_\_\_\_\_Voluntary Petition
    \_\_\_\_\_ <u>Official Form 6 Schedules</u> (Itemization of Changes Must be Specified)
    \_\_\_\_\_ Summary of Schedules
    \_\_\_\_\_ Schedule A – Real Property
    \_\_\_\_\_ Schedule B - Personal Property
  __X__ Schedule C – Property Claimed as Exempt
    \_\_\_\_\_ Schedule D – Creditors holding Secured Claims}
            Check one:
               \_\_\_\_\_ Creditor(s) added
               \_\_\_\_\_ NO creditor(s) added
               \_\_\_\_\_ Creditor(s) deleted
  \_\_\_\_\_ Schedule E – Creditors Holding Unsecured Priority Claims
            Check one:
               \_\_\_\_\_ Creditor(s) added
               \_\_\_\_\_ NO creditor(s) added
               \_\_\_\_\_ Creditor(s) deleted
  \_\_\_\_\_ Schedule F – Creditors Holding Unsecured Nonpriority Claims
            Check one:
               \_\_\_\_\_ Creditor(s) added
               \_\_\_\_\_ NO creditor(s) added
               \_\_\_\_\_ Creditor(s) deleted
  \_\_\_\_\_ Schedule G – Executory Contracts and Unexpired Leases
            Check one:
               \_\_\_\_\_ Creditor(s) added
               \_\_\_\_\_ NO creditor(s) added
               \_\_\_\_\_ Creditor(s) deleted
  \_\_\_\_\_ Schedule H – Codebtors

\_\_\_\_\_ Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other:

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case and to entities affected by the amendment as follows:

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Ronda J. Winnecour, Trustee
Suite 3250 USX Tower
600 Grant Street
Pittsburgh, PA 15219

Date: May 20, 2019\_\_\_\_      /s/ Kenneth M. Steinberg\_\_\_\_
                              Kenneth M. Steinberg, Esquire
                              Attorney for the Debtor

                              STEIDL & STEINBERG
                              Suite 2830, Gulf Tower
                              707 Grant Street
                              Pittsburgh, PA 15219
                              (412) 391-8000
                              Kenny.steinberg@steidl-steinberg.com
                              PA I.D. No. 31244

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Larry P. Newberry** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Cathleen A. Newberry** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: WESTERN DISTRICT OF PENNSYLVANIA

Case number  18-10899
(if known)

■ Check if this is an amended filing

# Official Form 106C
## Schedule C: The Property You Claim as Exempt                                                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1: Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **28 Harley Avenue Albion, PA 16401 Erie County**<br>**Value determined by Erie County Tax Assessment.**<br>Line from *Schedule A/B*: **1.1** | $83,000.00 | ■ $23,675.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| **2005 GMC Envoy 138,250 miles**<br>**Value determined by NADA.**<br>Line from *Schedule A/B*: **3.1** | $2,575.00 | ■ $2,575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(2) |
| **2001 Chevrolet Cavalier 149,653 miles**<br>**Value determined by NADA.**<br>**Location: 28 Harley Avenue, Albion PA 16401**<br>Line from *Schedule A/B*: **3.2** | $825.00 | ■ $825.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **2004 Ford Cargo Van 303,929 miles**<br>**Value determined by NADA.**<br>Line from *Schedule A/B*: **3.3** | $1,575.00 | ■ $1,575.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |

Debtor 1  **Larry P. Newberry**
Debtor 2  **Cathleen A. Newberry**                                  Case number (if known)  **18-10899**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **Various household goods and furnishings. Itemized list available upon request.**<br>**Location: 28 Harley Avenue, Albion PA 16401**<br>Line from *Schedule A/B*: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **2 tvs,1 xbox**<br>**Location: 28 Harley Avenue, Albion PA 16401**<br>Line from *Schedule A/B*: **7.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Regular clothing and shoes for 1 adult male and 1 adult female.**<br>**Location: 28 Harley Avenue, Albion PA 16401**<br>Line from *Schedule A/B*: **11.1** | $150.00 | ■ $150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Checking: Andover**<br>Line from *Schedule A/B*: **17.1** | $1,000.00 | ■ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Andover**<br>Line from *Schedule A/B*: **17.2** | $592.00 | ■ $592.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ■  No
    ☐  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐  No
        ☐  Yes