IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 18-10899-TPA |
| Larry P. Newberry | ) | Chapter 13 |
| Cathleen A. Newberry, | ) | |
| *Debtors* | ) | Related to Docket No. 30 |
| | ) | |
| Ronda J. Winnecour, Trustee | ) | |
| *Movant* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Larry P. Newberry | ) | |
| Cathleen A. Newberry, | ) | |
| *Respondents* | ) | |

### ANSWER TO TRUSTEE'S OBJECTION TO DEBTOR'S AMENDED CLAIM OF EXEMPTIONS

AND NOW, come the Debtors, Larry P. and Cathleen A. Newberry, by and through their attorney Kenneth M. Steinberg, and Steidl and Steinberg, and respectfully represents as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Debtors had filed an amended Schedule C on April 16, 2019 at Docket No. 28. However, this docket entry was inadvertently filed with a previous Amended Schedule C in error.

6. Debtors have since filed the correct Amended Schedule C at Docket No. 32.

WHEREFORE, the Debtors respectfully request that the Objection be denied.

Respectfully submitted,

_May 20, 2019_____          _/s/ Kenneth M. Steinberg____
　　　DATE                              Kenneth M. Steinberg, Esquire
                                        Attorney for the Debtor(s)

                                        STEIDL & STEINBERG
                                        Suite 2830 – Gulf Tower
                                        707 Grant Street
                                        Pittsburgh, PA  15219
                                        (412) 391-8000
                                        Kenny.steinberg@steidl-steinberg.com
                                        PA I.D. No. 31244