IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Larry P. Newberry | : | Case No. 18-10899TPA |
| Cathleen A. Newberry | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #28 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Larry P. Newberry | : | |
| Cathleen A. Newberry | : | Hearing Date |
| Respondent(s) | | |

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the foregoing OBJECTION OF CHAPTER 13 TRUSTEE TO CLAIM OF AMENDED EXEMPTIONS, and any responses thereto, it is hereby

ORDERED that the claimed §522(d)(1) exemption in 28 Harley Avenue Albion, PA 16401, is disallowed.

BY THE COURT:

_____
UNITED STATES BANKRUPCY JUDGE