IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Larry P. Newberry | : | Case No. 18-10899TPA |
| Cathleen A. Newberry | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document #30 |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| Larry P. Newberry | : | |
| Cathleen A. Newberry | : | Hearing Date |
| Respondent(s) | | |

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

The Objection to Exemptions that was filed in the above-referenced case on May 01, 2019 (document #30) is hereby WITHDRAWN.  Therefore, the hearing scheduled for June 12, 2019, is hereby cancelled.

                                               Respectfully submitted

5/23/19                                /s/ Ronda J. Winnecour

                                               Ronda J. Winnecour (PA I.D. #30399)
                                               Attorney and Chapter 13 Trustee
                                               U.S. Steel Tower – Suite 3250
                                               600 Grant Street
                                               Pittsburgh, PA  15219
                                               (412) 471-5566
                                               cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Larry P. Newberry                           :     Case No. 18-10899TPA
Cathleen A. Newberry                        :     Chapter 13
    Debtor(s)                           :
Ronda J. Winnecour, Trustee                 :
                                            :     Related to Document #30
    Movant(s)                           :
                                            :
    vs.                                 :
Larry P. Newberry                           :
Cathleen A. Newberry                        :     Hearing Date
    Respondent(s)

## CERTIFICATE OF SERVICE

    I hereby certify that on the date shown below, I served a true and correct copy of the foregoing pleading upon the following, by regular United States mail, postage prepaid:

Larry and Cathleen Newberry
28 Harley Avenue
Albion PA 16401

Kenneth Steinberg, Esquire
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh PA 15219

| | |
|---|---|
| 5/23/19 | /s/ Dianne DeFoor___ |
| date | Office of the Chapter 13 Trustee |
| | US Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |