FILED
5/24/19 11:25 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Larry P. Newberry | : | Case No. 18-10899TPA |
| Cathleen A. Newberry | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Document |
|     Movant(s) | : | #30 |
| | : | |
| vs. | : | |
| Larry P. Newberry | : | |
| Cathleen A. Newberry | : | |
|     Respondent(s) | | |

### WITHDRAWAL OF TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

The Objection to Exemptions that was filed in the above-referenced case on May 01, 2019 (document #30) is hereby WITHDRAWN.  Therefore, the hearing scheduled for June 12, 2019, is hereby cancelled.

                                                Respectfully submitted

<u>5/23/19</u>                                           /s/ Ronda J. Winnecour

                                          Ronda J. Winnecour (PA I.D. #30399)
                                          Attorney and Chapter 13 Trustee
                                          U.S. Steel Tower – Suite 3250
                                          600 Grant Street
                                          Pittsburgh, PA  15219
                                          (412) 471-5566
                                          <u>cmecf@chapter13trusteewdpa.com</u>

SO ORDERED
May 24, 2019

*[signature]*

vas

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-10899-TPA
Larry P. Newberry                                                       Chapter 13
Cathleen A. Newberry
         Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-1          User: lkat                 Page 1 of 1           Date Rcvd: May 27, 2019
                              Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
db/jdb        +Larry P. Newberry,   Cathleen A. Newberry,   28 Harley Avenue,   Albion, PA 16401-1902

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and
               Savings Bank, as Trustee, of Bombardier Capital Mor bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    Ditech Financial LLC as servicer for The Bank of New
               York Mellon Trust Company, N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust
               Company, as successor Harris Trust and Savings Bank, bkgroup@kmllawgroup.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Kenneth M. Steinberg    on behalf of Joint Debtor Cathleen A. Newberry
               julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Kenneth M. Steinberg    on behalf of Debtor Larry P. Newberry julie.steidl@steidl-steinberg.com,
               kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;lesl
               ie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@stei
               dl-steinberg.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7