FILED
4/22/21 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| LARRY P. NEWBERRY | : | Case No. 18-10899 TPA |
| CATHLEEN A. NEWBERRY | : | Chapter 13 |
| *Debtor* | : | |
| | : | Related to Claim 2 |

## ORDER

*AND NOW, this 22nd day of April, 2021*, Creditor The Bank of New York Mellon having failed to comply with the Order of March 22, 2021 with respect to the ***Notice of Postpetition Mortgage Fees, Expenses and Charges*** ("Notice") filed March 19, 2021, in that the *Notice* fails to provide an itemized description of the time and services of the underlying attorney fees in a form consistent with W.Pa. LBR 2016-1, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the Notice is **DISMISSED,** without prejudice, to being refiled in proper form and on a timely basis under Fed.R.Bankr.P. 3002.1(c).

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

asg

Case Administrator to serve:
    Kenneth M. Steinberg, Esq.
    Ronda J. Winnecour, Esq.
    Debtor
    Joshua I. Goldman, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

In re:  Case No. 18-10899-TPA
Larry P. Newberry  Chapter 13
Cathleen A. Newberry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1                User: nsha                Page 1 of 2
Date Rcvd: Apr 22, 2021             Form ID: pdf900           Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2021:**

**Recip ID        Recipient Name and Address**
db            +  Larry P. Newberry, 28 Harley Avenue, Albion, PA 16401-1902

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2021            Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2021 at the address(es) listed below:

**Name                Email Address**

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company  N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, as Trustee, of Bombardier Capital Mor bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor The Bank of New York Mellon josh.goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

Kenneth M. Steinberg

| | | |
|---|---|---|
| District/off: 0315-1 | User: nsha | Page 2 of 2 |
| Date Rcvd: Apr 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        on behalf of Joint Debtor Cathleen A. Newberry julie.steidl@steidl-steinberg.com
        kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
        on behalf of Debtor Larry P. Newberry julie.steidl@steidl-steinberg.com
        kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

TOTAL: 8