FILED
9/10/21 1:40 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
LARRY P. NEWBERRY and         :    Case No. 18-10899
CATHLEEN A. NEWBERRY          :
    *Debtors*                 :    Chapter 13
                              :    Related to Doc filed 9/09/2021

## ORDER

On September 9, 2021, a ***Notice of Postpetition Mortgage Fees, Expenses, and Charges***, Official Form 410S2, was filed in this case by The Bank of New York Mellon, regarding Claim No. 2 ("Notice"). The Court has determined that the *Notice* does not have sufficient supporting material to meet the minimum standards of *Fed.R.Bankr.P. 3002.1(d)* and therefore it must be supplemented, or it will be dismissed.

In order to meet the minimum standard expected of a *Notice* pursuant to *Rule 3002.1(d)*, and to protect debtors from potential overreaching or unreasonable claims for attorney fees and other expenses *[see generally, Elmer and Teresa Reitz*, Case No. 17-10696-TPA, January 3, 2018 *Order to Show Cause* (Doc. No. 40) and January 30, 2018 *Order* (Doc. No. 45.)], the Court has determined that a Party filing such a *Notice* must make every reasonable effort to include all of the following with the *Notice*:

(a)  A computation of the mortgage fees, expenses, and charges.
(b)  A complete and accurate loan payment history.
(c)  Where attorney, or other professional fees are sought, a description of the services that were provided and the fees charged for those services in a form consistent with *W Pa LBR 2016-1*.
(d)  For all other expenses, a payment receipt or other similar documentation supporting the expenditure.
(e)  After exercising the appropriate due diligence in complying with the foregoing, in the event any of the foregoing cannot be produced, an identification of the reasons for non-production, along with a detailed statement explaining the efforts made in attempting to do so.
(f)  A Declaration affirming the veracity and accuracy of the foregoing.

***AND NOW, this 10th day of September, 2021***, in light of the above considerations, a review of the *Notice* filed in this case indicates deficiencies in one or more respects, therefore, it is hereby **ORDERED, ADJUDGED** and **DECREED** that: (1) **on or before October 1, 2021**, The Bank of New York Mellon shall supplement them to comply with the above requirements or it will be **DISMISSED** without further notice or hearing; and, (2) the 21-day period provided in *W.PA.LBR 3002-2(b)* for the Debtor(s) to respond is **STAYED** but will commence to run on the filing of the supplement.

                                                                 */s/ Thomas P. Agresti*    asg
                                                                  Thomas P. Agresti, Judge
                                                                  United States Bankruptcy Court

c:    Ronda Winnecour, Esq., Trustee
      Counsel for the Debtors
      Debtors
      Creditor and/or Atty

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Larry P. Newberry  
Cathleen A. Newberry  
    Debtors

Case No. 18-10899-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 2  
Date Rcvd: Sep 10, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry P. Newberry, Cathleen A. Newberry, 28 Harley Avenue, Albion, PA 16401-1902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2021 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas  
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian Nicholas  
    on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company  N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, bnicholas@kmllawgroup.com

Brian Nicholas  
    on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, as Trustee, of Bombardier Capital Mor bnicholas@kmllawgroup.com

Joshua I. Goldman  
    on behalf of Creditor The Bank of New York Mellon josh.goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

| | | |
|---|---|---|
| District/off: 0315-1 | User: dpas | Page 2 of 2 |
| Date Rcvd: Sep 10, 2021 | Form ID: pdf900 | Total Noticed: 1 |

Kenneth M. Steinberg
    on behalf of Joint Debtor Cathleen A. Newberry julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Debtor Larry P. Newberry julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8