FILED
11/10/21 4:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   LARRY P. NEWBERRY and              :    Case No. 18-10899-TPA
   CATHLEEN A. NEWBERRY            :
      *Debtors*                                :    Chapter 13
                                            :    Related to Claim No. 2

## ORDER

*AND NOW*, this **10th** day of *November, 2021*, the Court having issued an Order on September 10, 2021 requiring the *Notice of Postpetition Mortgage Fees, Expenses, and Charges* ("Notice") that was filed regarding Claim No. 2 be supplemented on or before *October 1, 2021* by providing additional information to support the alleged fees, expenses or charges set forth therein, and the deadline having now passed with nothing further having been filed to supplement the *Notice*, therefore pursuant to said Order,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1)    The *Notice* is ***DISMISSED with prejudice***.

(2)    ***On or before December 10, 2021, The Bank of New York Mellon,*** the party on whose behalf the *Notice* was filed, shall take any and all steps necessary to ensure that any reference to the fees, expenses and charges set forth in the *Notice* are removed from the loan history and accounts.

(3)    ***The Bank of New York Mellon*** and its successors and assigns are hereinafter prohibited from making any attempt to collect the removed fees, expenses and charges from the Debtors.

(4)    If any of the fees, expenses or charges as set forth in the *Notice* having previously been collected from the Debtors, ***The Bank of New York Mellon*** shall promptly make a refund to the Debtors.

                                                              Thomas P. Agresti, Judge    jlm
                                                               United States Bankruptcy Court

Case Administrator to serve:
    Debtors
    Debtors' Counsel
    Atty/Creditor

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 18-10899-TPA
Larry P. Newberry     Chapter 13
Cathleen A. Newberry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: jmar     Page 1 of 2
Date Rcvd: Nov 10, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry P. Newberry, Cathleen A. Newberry, 28 Harley Avenue, Albion, PA 16401-1902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 12, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon Trust Company N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, as Trustee, of Bombardier Capital Mor bnicholas@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor The Bank of New York Mellon josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |

District/off: 0315-1 | User: jmar | Page 2 of 2
Date Rcvd: Nov 10, 2021 | Form ID: pdf900 | Total Noticed: 1

Kenneth M. Steinberg
    on behalf of Joint Debtor Cathleen A. Newberry julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Kenneth M. Steinberg
    on behalf of Debtor Larry P. Newberry julie.steidl@steidl-steinberg.com
    kenny.steinberg@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;r53037@notify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8