IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Larry P. Newberry and Cathleen A. Newberry, ) | Bankruptcy No. 18-10899-JCM |
| Debtors ) | Chapter 13 |
| ) | Related to Document No(s). 70-71 |
| Larry P. Newberry and Cathleen A. Newberry, ) | |
| Movants ) | Hearing Date and Time: |
| ) | November 28, 2023 at 1:30PM |
| vs. ) | |
| ) | |
| Office of the U.S. Trustee, Ronda J. ) | |
| Winnecour, Trustee, Albion Borough Tax ) | |
| Collector, Creditron Financial, Ditech, ) | |
| NewRez LLC, PA Dept. of Revenue, Bank of ) | |
| NY Mellon, Verizon, ) | |
| Respondent(s) ) | |

**CERTIFICATION OF NO OBJECTION REGARDING APPLICATION FOR FINAL COMPENSATION BY COUNSEL FOR DEBTORS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors filed on October 18, 2023 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Application for Final Compensation by Counsel for Debtors appears thereon. Pursuant to the Notice of Hearing, objections for Application for Final Compensation by Counsel for Debtors were to be filed and served no later than November 6, 2023.

It is hereby respectfully requested that the Order attached to the Application for Final Compensation by Counsel for Debtors be entered by the Court.

                                                  Respectfully submitted,

November 7, 2023                    /s/Lauren M. Lamb
Date:                                      Lauren M. Lamb, Esquire
                                            Attorney for the Debtors
                                            STEIDL & STEINBERG
                                            2830 Gulf Tower
                                            707 Grant Street
                                            Pittsburgh, PA  15219
                                            (412) 391-8000
                                            PA I. D. No.  209201
                                            llamb@steidl-steinberg.com