IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Larry P. Newberry | ) | Case No. 18-10899-JCM |
| Cathleen A. Newberry | ) | Chapter 13 |
|    Debtors | ) | |
| | ) | Related to Document Nos. 75 & 76 |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) | |
|    Movant | ) | Hearing Date & Time: |
| | ) | January 2, 2024 @ 1:30pm |
|    vs. | ) | |
| | ) | |
| Larry P. Newberry | ) | |
| Cathleen A. Newberry | ) | |
|    Respondents | ) | |

## CONSENT ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

WHEREAS, Debtors' counsel, Steidl & Steinberg, P.C., was granted an additional $2,265.00 in compensation by Order of Court dated November 8, 2023 at Docket No. 74 and, whereas, the Chapter 13 Trustee has determined that Debtor's Chapter 13 Plan is only adequately funded to pay an additional $1,753.00 to Debtors' counsel, causing her to file a Motion to Dismiss stating that an additional $512.00 is needed to complete Plan funding;

It is hereby ORDERED, ADJUDGED and DECREED that:

1. Debtors' counsel agrees to accept $1,753.00 in additional counsel fees instead of the $2,265.00 approved by Order of Court dated November 8, 2023 at Docket No. 74 in order to allow Debtors' Chapter 13 Plan to complete as currently funded.

2. The Trustee's Motion to Dismiss is withdrawn and the hearing scheduled for January 2, 2024 at 1:30pm is canceled.

IT IS SO ORDERED:

_____
John C. Melaragno
United States Bankruptcy Judge

/s/Lauren M. Lamb                /s/James Warmbrodt
Counsel to Debtors                Counsel to Chapter 13 Trustee
Lauren M. Lamb, Esquire
STEIDL & STEINBERG

28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com