IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| Larry P. Newberry ) | Case No. 18-10899-JCM |
| Cathleen A. Newberry ) | Chapter 13 |
| Debtors ) | |
| ) | Related to Document Nos. 75 & 76 |
| Ronda J. Winnecour, Chapter 13 Trustee, ) | |
| Movant ) | Hearing Date & Time: |
| ) | January 2, 2024 @ 1:30pm |
| vs. ) | |
| ) | |
| Larry P. Newberry ) | |
| Cathleen A. Newberry ) | |
| Respondents ) | |

**CONSENT ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS**

WHEREAS, Debtors' counsel, Steidl & Steinberg, P.C., was granted an additional $2,265.00 in compensation by Order of Court dated November 8, 2023 at Docket No. 74 and, whereas, the Chapter 13 Trustee has determined that Debtor's Chapter 13 Plan is only adequately funded to pay an additional $1,753.00 to Debtors' counsel, causing her to file a Motion to Dismiss stating that an additional $512.00 is needed to complete Plan funding;

It is hereby ORDERED, ADJUDGED and DECREED that:

1. Debtors' counsel agrees to accept $1,753.00 in additional counsel fees instead of the $2,265.00 approved by Order of Court dated November 8, 2023 at Docket No. 74 in order to allow Debtors' Chapter 13 Plan to complete as currently funded.

2. The Trustee's Motion to Dismiss is withdrawn and the hearing scheduled for January 2, 2024 at 1:30pm is canceled.

IT IS SO ORDERED:

DATED: December 14, 2023

SIGNED
12/14/23 10:47 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

John C. Melaragno, Judge
United States Bankruptcy Court

/s/Lauren M. Lamb
Counsel to Debtors
Lauren M. Lamb, Esquire
STEIDL & STEINBERG

/s/James Warmbrodt
Counsel to Chapter 13 Trustee

28th Floor-Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
PA I. D. No. 209201
llamb@steidl-steinberg.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-10899-JCM
Larry P. Newberry  Chapter 13
Cathleen A. Newberry
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1   User: auto   Page 1 of 2
Date Rcvd: Dec 14, 2023   Form ID: pdf900   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Larry P. Newberry, Cathleen A. Newberry, 28 Harley Avenue, Albion, PA 16401-1902 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2023            Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:

**Name**  **Email Address**

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon Trust Company  N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, as Trustee, of Bombardier Capital Mor bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor Ditech Financial LLC as servicer for The Bank of New York Mellon Trust Company  N.A., as successor to BNY Midwest Trust Company, BNY Midwest Trust Company, as successor Harris Trust and Savings Bank, bnicholas@kmllawgroup.com

Joshua I. Goldman
    on behalf of Creditor The Bank of New York Mellon josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Lauren M. Lamb
 on behalf of Joint Debtor Cathleen A. Newberry
 julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
 rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Lauren M. Lamb
 on behalf of Debtor Larry P. Newberry
 julie.steidl@steidl-steinberg.com;courtdocs.sands@gmail.com;jsmith@steidl-steinberg.com;LambLR53037@notify.bestcase.com;
 rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 8