IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Larry P. Newberry and Cathleen A. Newberry, | ) | Bankruptcy No. 18-10899-JCM |
|     Debtors | ) | Chapter 13 |
| | ) | Document No. |
| Larry P. Newberry and Cathleen A. Newberry, | ) | |
|     Movants | ) | |
| | ) | |
|     vs. | ) | |
| | ) | |
| No Respondents | ) | |

## DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.
2. The Debtors are not required to pay any Domestic Support Obligation.
3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.
4. On February 12, 2024, at docket numbers 87-88, Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

This Certification is being signed under penalty of perjury by: Debtors carefully examined and understand each of the Bankruptcy Code sections referenced in this Certification.

2/17/2024                                    /s/Larry P. Newberry
Date                                            Larry P. Newberry

2/17/2024                                    /s/ Cathleen A. Newberry
Date                                            Cathleen A. Newberry

2/22/2024                                    /s/ Lauren M. Lamb
DATE                                           Lauren M. Lamb, Esquire
                                                     Attorney for the Debtor
                                                     STEIDL & STEINBERG
                                                     Suite 2830, Gulf Tower
                                                     707 Grant Street
                                                     Pittsburgh, PA 15219
                                                     (412) 391-8000
                                                     llamb@steidl-steinberg.com
                                                     PA I.D. No. 209201